UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY J. BARKER,

         Plaintiff,

  v.

UBS AG and UBS SECURITIES LLC,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 3:09 Civ. 2084 (JAR)

December 20, 2012

**STIPULATION AND [PROPOSED] ORDER**
<u>**OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Mary J. Barker and Defendants UBS AG and UBS Securities LLC hereby request, by stipulation and agreement, that this action be dismissed with prejudice and without attorneys' fees or costs to either side.

Respectfully submitted,

LIDDLE & ROBINSON, L.L.P.

By: /s/ Christine A. Palmieri
    Christine A. Palmieri (*Admitted Pro Hac Vice*)
    Sherry M. Shore (*Admitted Pro Hac Vice*)

800 Third Avenue
New York, New York 10022
Telephone: (212) 687-8500
Facsimile: (212) 687-1505
cpalmieri@liddlerobinson.com
sshore@liddlerobinson.com

Kristen L. Zaehringer
Federal Bar No. ct27044
ZELDES, NEEDLE & COOPER

1

1000 Lafayette Boulevard
Bridgeport, Connecticut 06604
Telephone:  (203) 333-9441
Facsimile:  (203) 333-1489
kzaehringer@znclaw.com

*Attorneys for Plaintiff Mary J. Barker*


GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Eugene Scalia
    Eugene Scalia (*Admitted Pro Hac Vice*)
    Avi Weitzman (*Admitted Pro Hac Vice*)
    Gabrielle Levin (*Admitted Pro Hac Vice*)

1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
escalia@gibsondunn.com
aweitzman@gibsondunn.com
glevin@gibsondunn.com

Vaughan Finn
Federal Bar No. ct13963
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone:  (860) 251-5000
Facsimile:  (860) 251-5219
vfinn@goodwin.com

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  _____, 2012

By:_____
    The Honorable Jane A. Restani
    Judge

2